— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Donelin & McDonough, Inc., Respondent, v. Wax Realty Company, Inc., Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

The People of the State of New York, Respondent, v. Wolf Petersol, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title to Seventh Avenue, etc., Borough of Manhattan, City of New York. In the Matter of the Application of Margaretta K. Welsh and Another, as Executors and Trustees, etc., of Henry Welsh, Deceased, for Payment of Award Made for Damage Parcel No. 249. Henry B. Welsh, as Sole Surviving Executor, etc., Respondent, Appellant; The Comptroller of the City of New York and Another, Appellants, Respondents.— Order so far as appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Santo Romaglia, Respondent, v. Chas. F. Parsons & Co., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Davis* v. *Friedman* (196 App. Div. 926); *Goldin* v. *Malone Dairy Co., Inc.* (209 id. 341). Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Dominick Giovanazzi, Respondent, v. Liberty Stevedoring Company, Defendant, Impleaded with Submarine Boat Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Davis* v. *Friedman* (196 App. Div. 926); *Goldin* v. *Malone Dairy Co., Inc.* (209 id. 341). Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Bronx, Russian and Turkish Baths Corporation, Appellant, v. Russian and Turkish Baths of Bronx County, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Samuel Eiseman & Co., Inc., Respondent, v. Agricultural Insurance Company and Others, Appellants.— Order affirmed, without costs; plaintiff's verified reply to be served within five days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Samuel Eiseman & Co., Inc., Respondent, v. Agricultural Insurance Company and Others, Appellants.— Order affirmed, without costs; plaintiff's verified reply to be served within five days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Proving the Last Will and Testament of J. Joseph Scully, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Arbitration between American Eagle Fire Insurance Company and Others (Severally and Not Jointly), Respondents, and New Jersey Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.